# United States Court of Appeals
## For the Eighth Circuit

_____

No. 15-1376

_____

Robert Slack

*Plaintiff - Appellant*

v.

Samantha Turntine, Individual Capacity; Brenda Reagan

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: July 6, 2015
Filed: July 13, 2015
[Unpublished]

_____

Before SHEPHERD, BYE, and KELLY Circuit Judges.

_____

PER CURIAM.

Missouri inmate Robert Slack appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action asserting Eighth Amendment

_____

[1]The Honorable Charles A. Shaw, United States District Judge for the Eastern District of Missouri.

deliberate-indifference claims. Upon careful de novo review, we conclude that the district court's summary judgment decision was proper. See Peterson v. Koop, 754 F.3d 594, 598 (8th Cir. 2014) (standard of review); Popoalii v. Corr. Med. Servs., 512 F.3d 488, 499 (8th Cir. 2008) (to establish Eighth Amendment violation based on deliberate indifference to serious medical needs, inmate must show that officials knew of but deliberately disregarded objectively serious medical need; deliberate indifference is akin to criminal recklessness and requires more than gross negligence or mere disagreement with treatment decision); see also Gardner v. Howard, 109 F.3d 427, 430 (8th Cir. 1997) (failure to follow prison policy is not basis for § 1983 liability).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____